**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-21477-PSH |
| | § | |
| NICHOLAS CHRIS BOODRIS | § | |
| ANASTASIA BOODRIS | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/12/2009. The undersigned trustee was appointed on 06/21/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $27,912.12

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6,149.85 |
    | Bank service fees | $27.75 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $21,734.52 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/23/2010 and the deadline for filing government claims was 02/23/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,541.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,541.21, for a total compensation of $3,541.21[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2012                    By:   /s/ Gus A. Paloian
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 09-21477  Doc 44  Filed 06/12/12  Entered 06/12/12 15:42:38  Desc Main
Document      Page 3 of 18

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Date Filed (f) or Converted (c): | 06/12/2009 (f) |
| For the Period Ending: | 5/22/2012 | §341(a) Meeting Date: | 07/31/2009 |
| | | Claims Bar Date: | 02/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  REAL PROPERTY | $405,000.00 | Unknown | OA | $0.00 | FA |
| **Asset Notes:** 9131 Parkside Avenue Morton Grove, IL  60053 - (Debtors primary residence) Order compeling Trustee to abandon property was entered 4/8/10 | | | | | |
| 2  BANK ACCOUNTS | $5,400.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Money Market Account W/MB Financial Bank | | | | | |
| 3  BANK ACCOUNTS | $46.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Checking account with MB Financial | | | | | |
| 4  BANK ACCOUNTS | $180.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Savings account with MB Financial | | | | | |
| 5  HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Household goods; TV, VCR, stereo, camera, computer, recliner, dining set, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware, tools, work tolls, lawn mower | | | | | |
| 6  BOOKS AND ART OBJECTS | $25.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Books, Compact Discs, Tapes/Records, Family Pictures | | | | | |
| 7  WEARING APPAREL | $150.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Necessary wearing apparel. | | | | | |
| 8  JEWELRY | $100.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Earrings, watch, costume jewelry | | | | | |
| 9  FIREARMS AND HOBBY EQUIPMENT | $39,950.00 | Unknown | | $23,900.00 | FA |
| **Asset Notes:** Gun collection | | | | | |
| 10  PENSION PLANS AND PROFIT SHARING | $4,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Pension w/ Employer/Former Employer - 100% Exempt. | | | | | |
| 11  AUTOMOBILES AND OTHER VEHICLES | $14,125.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Wells Fargo - 2007 Chevrolet Impala w/over 21,000 miles | | | | | |
| 12  AUTOMOBILES AND OTHER VEHICLES | $11,875.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 2006 GMC Envoy with over 16,000 miles | | | | | |
| 13  ANIMALS | $0.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Family Pets/Animals | | | | | |
| 14  PERSONAL PROPERTY | $20,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** Timeshare Property with Club Regency in Regency Towers  --Trustee listed the timeshare with a realtor (pursuant to Court order dated 12/10/09); the timeshare was listed for 6 months and | | | | | |

Case 09-21477 Doc 44 Filed 06/12/12 Entered 06/12/12 15:42:38 Desc Main
Document Page 4 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 09-21477-PSH | | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | | Date Filed (f) or Converted (c): | 06/12/2009 (f) |
| For the Period Ending: | 5/22/2012 | | | §341(a) Meeting Date: | 07/31/2009 |
| | | | | Claims Bar Date: | 02/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | no potential buyer surfaced; Trustee will abandon at closing. | | | | | |
| 15 | PERSONAL PROPERTY | $10,000.00 | Unknown | | $4,007.00 | FA |
| **Asset Notes:** | Antique Slot Machine Collection, valued at $10,000; Trustee obtained authority per court order 3/18/10 to sell through an internet auctioneer | | | | | |
| 16 | LAWSUIT | $11,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Lawsuit against Sebastion Quercia, case number 09 m2 000082. Trustee contacted Attorney who represented Debtor and investigated likelihood of collection. Trustee determined that likelihood of recovery, delay in possible recovery and costs to estate to pursue collection would outweigh the benefits. Trustee seeks to abandon at closing. | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $5.12 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- |
| $523,851.00 | $0.00 | $27,912.12 | $0.00 |

**Major Activities affecting case closing:**
Trustee retained specialized auction house to sell certain assets of the Debtor. All assets have been liquidated and case is ready for closing.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010    **Current Projected Date Of Final Report (TFR):** 07/31/2012

/s/ GUS A. PALOIAN
GUS A. PALOIAN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1 Exhibit B

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | Checking Acct #: | ******5138 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Assoc. Bank Checking Account |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $21,753.17 | | $21,753.17 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $21,738.17 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $21,753.17 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $21,753.17 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $21,753.17 | $21,753.17 | $0.00 |
| | Less: Bank transfers/CDs | $21,753.17 | $21,753.17 | |
| | Subtotal | $0.00 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $0.00 | |

**For the period of 6/12/2009 to 5/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $21,753.17 |

**For the entire history of the account between 01/18/2012 to 5/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $21,753.17 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | Money Market Acct #: | ******4390 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/09/2010 | | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | | * | $2,920.25 | | $2,920.25 |
| | {15} | | SALE OF PERSONAL PROPERTY | $4,007.00 | 1129-000 | | | $2,920.25 |
| | | | AUCTIONEER COMMISSION-PAYABLE PER ORDER 3/18/10 | $(1,001.75) | 3610-000 | | | $2,920.25 |
| | | | AUCTIONEER EXPENSES-PAYABLE PER ORDER 3/18/10 | $(85.00) | 3620-000 | | | $2,920.25 |
| 07/19/2010 | | KULL AUCTION & REAL ESTATE CO., INC | PERSONAL PROPERTY | | * | $18,875.83 | | $21,796.08 |
| | {9} | | GROSS SALE PROCEEDS FOR SALE OF PERSONAL PROPERTY | $23,900.00 | 1129-000 | | | $21,796.08 |
| | | | AUCTIONEER COMMISSION PAYABLE PER ORDER DATED 12/10/09 | $(3,585.00) | 3610-000 | | | $21,796.08 |
| | | | AUCTIONEER ADVERTISING EXPENSES-PAYABLE PER ORDER 12/10/09 | $(1,195.00) | 3620-000 | | | $21,796.08 |
| | | | AUCTIONEER (CREDIT CARD SURCHARGE) EXPENSES--PAYABLE PER ORDER 12/10/09 | $(244.17) | 3620-000 | | | $21,796.08 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.19 | | $21,796.27 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.56 | | $21,796.83 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.54 | | $21,797.37 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.55 | | $21,797.92 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.54 | | $21,798.46 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.56 | | $21,799.02 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | $0.56 | | $21,799.58 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | | 2300-000 | | $20.28 | $21,779.30 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | $0.17 | | $21,779.47 |
| | | | **SUBTOTALS** | | | $21,799.75 | $20.28 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | Money Market Acct #: | ******4390 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,779.65 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.17 | | $21,779.82 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.19 | | $21,780.01 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.19 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.37 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.19 | | $21,780.56 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.74 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.92 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $27.75 | $21,753.17 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.17 | | $21,753.34 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $21,753.17 | $0.17 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.17) | | $0.00 |

| | | | | **SUBTOTALS** | $1.45 | $21,780.92 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-21477-PSH | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Primary Taxpayer ID #:** | ******5502 | | **Money Market Acct #:** | ******4390 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account (Interest Earn |
| **For Period Beginning:** | 6/12/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/22/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $21,801.20 | $21,801.20 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $21,753.17 | |
| | | | **Subtotal** | | $21,801.20 | $48.03 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $21,801.20 | $48.03 | |

| For the period of 6/12/2009 to 5/22/2012 | | For the entire history of the account between 07/09/2010 to 5/22/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,912.12 | Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 | Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,158.95 | Total Compensable Disbursements: | $6,158.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,158.95 | Total Comp/Non Comp Disbursements: | $6,158.95 |
| Total Internal/Transfer Disbursements: | $21,753.17 | Total Internal/Transfer Disbursements: | $21,753.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******5502 | Checking Acct #: | ******0050 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $21,753.17 | | $21,753.17 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $18.65 | $21,734.52 |
| | | | **TOTALS:** | | $21,753.17 | $18.65 | $21,734.52 |
| | | | Less: Bank transfers/CDs | | $21,753.17 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $18.65 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $18.65 | |

| For the period of 6/12/2009 to 5/22/2012 | | For the entire history of the account between 02/22/2012 to 5/22/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 | Total Internal/Transfer Receipts: | $21,753.17 |
| | | | |
| Total Compensable Disbursements: | $18.65 | Total Compensable Disbursements: | $18.65 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18.65 | Total Comp/Non Comp Disbursements: | $18.65 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 09-21477-PSH |
| **Case Name:** | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA |
| **Primary Taxpayer ID #:** | ******5502 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/12/2009 |
| **For Period Ending:** | 5/22/2012 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0050 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $21,801.20 | $66.68 | $21,734.52 |

**For the period of 6/12/2009 to 5/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $43,506.34 |
| | |
| Total Compensable Disbursements: | $6,177.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,177.60 |
| Total Internal/Transfer Disbursements: | $43,506.34 |

**For the entire history of the case between 06/12/2009 to 5/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $43,506.34 |
| | |
| Total Compensable Disbursements: | $6,177.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,177.60 |
| Total Internal/Transfer Disbursements: | $43,506.34 |

# CLAIM ANALYSIS REPORT

| Case No.: | 09-21477-PSH | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | Date: | 5/22/2012 |
| Claims Bar Date: | 02/23/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 05/20/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,541.21 | $3,541.21 | $0.00 | $0.00 | $0.00 | $3,541.21 |
| | SEYFARTH SHAW LLP | 05/20/2012 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $61.40 | $61.40 | $0.00 | $0.00 | $0.00 | $61.40 |
| | SEYFARTH SHAW LLP | 05/20/2012 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $6,015.00 | $6,015.00 | $0.00 | $0.00 | $0.00 | $6,015.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO Box 248866<br>Oklahoma City OK 731248866 | 11/25/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $834.00 | $1,033.75 | $1,033.75 | $0.00 | $0.00 | $0.00 | $1,033.75 |
| 2 | DISCOVER BANK<br><br>DFS Services LLC<br>PO Box 3025<br>430543025 | 11/26/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,754.00 | $12,108.87 | $12,108.87 | $0.00 | $0.00 | $0.00 | $12,108.87 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 12/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,572.81 | $6,572.81 | $0.00 | $0.00 | $0.00 | $6,572.81 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 12/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,636.00 | $4,477.12 | $4,477.12 | $0.00 | $0.00 | $0.00 | $4,477.12 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 12/09/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $18,309.00 | $21,766.20 | $21,766.20 | $0.00 | $0.00 | $0.00 | $21,766.20 |

| Case No.: | 09-21477-PSH | | | | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | | | | | | Date: | 5/22/2012 |
| Claims Bar Date: | 02/23/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION BANK POB 3001 Malvern PA 193550701 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,335.00 | $1,566.39 | $1,566.39 | $0.00 | $0.00 | $0.00 | $1,566.39 |
| **Claim Notes:** | (6-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 7 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,656.00 | $4,115.26 | $4,115.26 | $0.00 | $0.00 | $0.00 | $4,115.26 |
| 8 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $6,737.00 | $7,646.69 | $7,646.69 | $0.00 | $0.00 | $0.00 | $7,646.69 |
| 9 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,224.00 | $11,457.16 | $11,457.16 | $0.00 | $0.00 | $0.00 | $11,457.16 |
| 10 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,371.00 | $7,956.45 | $7,956.45 | $0.00 | $0.00 | $0.00 | $7,956.45 |
| 11 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $13,423.00 | $14,817.38 | $14,817.38 | $0.00 | $0.00 | $0.00 | $14,817.38 |
| 12 | GREAT LAKES EDUCATIONAL LOAN SERVIC Claims Filing Unit Po Box 8973 Madison WI 537088973 | 12/29/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,595.28 | $23,595.28 | $0.00 | $0.00 | $0.00 | $23,595.28 |
| **Claim Notes:** | (12-1) student loans | | | | | | | | | | | |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC As Agent Of Portfolio Recovery Assocs. c/o Household Bank POB 41067 NORFOLK VA 23541 | 12/31/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,006.00 | $7,795.61 | $7,795.61 | $0.00 | $0.00 | $0.00 | $7,795.61 |

# CLAIM ANALYSIS REPORT

| Case No.: | 09-21477-PSH | | | Trustee Name: | Gus A. Paloian |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | | Date: | 5/22/2012 |
| Claims Bar Date: | 02/23/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | CHASE BANK USA,N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas TX 75374 | 01/07/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,791.00 | $1,963.86 | $1,963.86 | $0.00 | $0.00 | $0.00 | $1,963.86 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,110.43 | $24,110.43 | $0.00 | $0.00 | $0.00 | $24,110.43 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,794.00 | $10,919.40 | $10,919.40 | $0.00 | $0.00 | $0.00 | $10,919.40 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,559.22 | $20,559.22 | $0.00 | $0.00 | $0.00 | $20,559.22 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $8,841.00 | $7,190.32 | $7,190.32 | $0.00 | $0.00 | $0.00 | $7,190.32 |
| 19 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $4,960.00 | $5,263.76 | $5,263.76 | $0.00 | $0.00 | $0.00 | $5,263.76 |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERI BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 01/13/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,695.35 | $9,695.35 | $0.00 | $0.00 | $0.00 | $9,695.35 |

| Case No.: | 09-21477-PSH | | | | | | | Trustee Name: | | Gus A. Paloian | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | | | | | | Date: | | 5/22/2012 | |
| Claims Bar Date: | 02/23/2010 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | GE MONEY BANK DBA JCPENNEY CREDIT S<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 01/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $402.07 | $402.07 | $0.00 | $0.00 | $0.00 | $402.07 |
| 22 | TALBOTS<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas TX 75374 | 02/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $488.30 | $488.30 | $0.00 | $0.00 | $0.00 | $488.30 |
| BOND | INTERNATIONAL SECURITIES, LTD | 02/25/2011 | Bond Payments | Allowed | 2300-000 | $0.00 | $20.28 | $20.28 | $20.28 | $0.00 | $0.00 | $0.00 |
| | | | | | | $215,139.57 | $215,139.57 | $20.28 | $0.00 | $0.00 | $215,119.29 | |

## CLAIM ANALYSIS REPORT

| **Case No.** | 09-21477-PSH | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | **Date:** | 5/22/2012 |
| **Claims Bar Date:** | 02/23/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trus | $61.40 | $61.40 | $0.00 | $0.00 | $0.00 | $61.40 |
| Attorney for Trustee Fees (Trustee | $6,015.00 | $6,015.00 | $0.00 | $0.00 | $0.00 | $6,015.00 |
| Bond Payments | $20.28 | $20.28 | $20.28 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $205,501.68 | $205,501.68 | $0.00 | $0.00 | $0.00 | $205,501.68 |
| Trustee Compensation | $3,541.21 | $3,541.21 | $0.00 | $0.00 | $0.00 | $3,541.21 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     09-21477-PSH
Case Name:    NICHOLAS CHRIS BOODRIS
              ANASTASIA BOODRIS
Trustee Name: Gus A. Paloian

Balance on hand:     $21,734.52

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $21,734.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Gus A. Paloian, Trustee Fees | $3,541.21 | $0.00 | $3,541.21 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $6,015.00 | $0.00 | $6,015.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $61.40 | $0.00 | $61.40 |

Total to be paid for chapter 7 administrative expenses:     $9,617.61
Remaining balance:     $12,116.91

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $12,116.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $12,116.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $205,501.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $1,033.75 | $0.00 | $60.96 |
| 2 | DISCOVER BANK | $12,108.87 | $0.00 | $713.98 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $6,572.81 | $0.00 | $387.55 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $4,477.12 | $0.00 | $263.98 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $21,766.20 | $0.00 | $1,283.39 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $1,566.39 | $0.00 | $92.36 |
| 7 | CHASE BANK USA, N.A. | $4,115.26 | $0.00 | $242.65 |
| 8 | CHASE BANK USA, N.A. | $7,646.69 | $0.00 | $450.87 |
| 9 | CHASE BANK USA, N.A. | $11,457.16 | $0.00 | $675.54 |
| 10 | CHASE BANK USA, N.A. | $7,956.45 | $0.00 | $469.13 |
| 11 | CHASE BANK USA, N.A. | $14,817.38 | $0.00 | $873.67 |
| 12 | GREAT LAKES EDUCATIONAL LOAN SERVIC | $23,595.28 | $0.00 | $1,391.24 |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC | $7,795.61 | $0.00 | $459.65 |
| 14 | CHASE BANK USA,N.A. | $1,963.86 | $0.00 | $115.79 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | $24,110.43 | $0.00 | $1,421.61 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERI | $10,919.40 | $0.00 | $643.84 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERI | $20,559.22 | $0.00 | $1,212.22 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERI | $7,190.32 | $0.00 | $423.96 |
| 19 | FIA CARD SERVICES, NA/BANK OF | $5,263.76 | $0.00 | $310.36 |

|    |                                           |           |        |         |
|----|-------------------------------------------|-----------|--------|---------|
|    | AMERI                                     |           |        |         |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERI       | $9,695.35 | $0.00  | $571.66 |
| 21 | GE MONEY BANK DBA JCPENNEY CREDIT S       | $402.07   | $0.00  | $23.71  |
| 22 | TALBOTS                                   | $488.30   | $0.00  | $28.79  |

|                                                         |            |
|---------------------------------------------------------|------------|
| Total to be paid to timely general unsecured claims:    | $12,116.91 |
| Remaining balance:                                      | $0.00      |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                                             |       |
|-------------------------------------------------------------|-------|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance:                                          | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|                                            |       |
|--------------------------------------------|-------|
| Total to be paid for subordinated claims:  | $0.00 |
| Remaining balance:                         | $0.00 |