UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         §    Case No. 09-21477-PSH
                                               §
NICHOLAS CHRIS BOODRIS                         §
ANASTASIA BOODRIS                              §
                                               §
                                               §
                    Debtor(s)                  §

# NOTICE OF TRUSTEE'S FINAL REPORT AND
# APPLICATION FOR COMPENSATION
# AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM  on 07/24/2012, in Courtroom 644, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/12/2012              By:   /s/ Gus A. Paloian
                                             (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UST-Form 101-7-NFR (5/1/2011)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-21477-PSH |
|---|---|---|
| | § | |
| NICHOLAS CHRIS BOODRIS | § | |
| ANASTASIA BOODRIS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $27,912.12
*and approved disbursements of*  $6,177.60
*leaving a balance on hand of[1]:*  $21,734.52

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $21,734.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $3,541.21 | $0.00 | $3,541.21 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $6,015.00 | $0.00 | $6,015.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $61.40 | $0.00 | $61.40 |

Total to be paid for chapter 7 administrative expenses:  $9,617.61
Remaining balance:  $12,116.91

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $12,116.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $12,116.91

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $205,501.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $1,033.75 | $0.00 | $60.96 |
| 2 | DISCOVER BANK | $12,108.87 | $0.00 | $713.98 |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $6,572.81 | $0.00 | $387.55 |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $4,477.12 | $0.00 | $263.98 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | $21,766.20 | $0.00 | $1,283.39 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $1,566.39 | $0.00 | $92.36 |
| 7 | CHASE BANK USA, N.A. | $4,115.26 | $0.00 | $242.65 |
| 8 | CHASE BANK USA, N.A. | $7,646.69 | $0.00 | $450.87 |
| 9 | CHASE BANK USA, N.A. | $11,457.16 | $0.00 | $675.54 |
| 10 | CHASE BANK USA, N.A. | $7,956.45 | $0.00 | $469.13 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 11 | CHASE BANK USA, N.A. | $14,817.38 | $0.00 | $873.67 |
| 12 | GREAT LAKES EDUCATIONAL LOAN SERVIC | $23,595.28 | $0.00 | $1,391.24 |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC | $7,795.61 | $0.00 | $459.65 |
| 14 | CHASE BANK USA,N.A. | $1,963.86 | $0.00 | $115.79 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | $24,110.43 | $0.00 | $1,421.61 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERI | $10,919.40 | $0.00 | $643.84 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERI | $20,559.22 | $0.00 | $1,212.22 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERI | $7,190.32 | $0.00 | $423.96 |
| 19 | FIA CARD SERVICES, NA/BANK OF AMERI | $5,263.76 | $0.00 | $310.36 |
| 20 | FIA CARD SERVICES, NA/BANK OF AMERI | $9,695.35 | $0.00 | $571.66 |
| 21 | GE MONEY BANK DBA JCPENNEY CREDIT S | $402.07 | $0.00 | $23.71 |
| 22 | TALBOTS | $488.30 | $0.00 | $28.79 |

Total to be paid to timely general unsecured claims:    $12,116.91
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
                     Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-21477-PSH
Nicholas Chris Boodris Chapter 7
Anastasia Boodris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen      Page 1 of 3      Date Rcvd: Jun 13, 2012
                      Form ID: pdf006    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2012.

```
db/jdb       +Nicholas Chris Boodris,   Anastasia Boodris,    9131 Parkside Avenue,
              Morton Grove, IL 60053-2553
14041005     +5/3BANK ELT EFCTI/GLEL,    Attn: Bankruptcy Dept.,    2401 International Ln,
              Madison, WI 53704-3121
14041043      AAA Financial Services,    Attn: Bankruptcy Dept.,    1000 Samoset Dr.,    Wilmington, DE 19664
14041042     +AT&T Universal Card,    Attn: Bankruptcy Department,    PO Box 20507,    Kansas City, MO 64195-0507
14041016     +American Express,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14832163      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14041045     +Bally Total Fitness,    Bankruptcy Department,    12440 Imperial Hwy., Ste. 300,
              Norwalk, CA 90650-8309
14041019     +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14041007     +Bank of America,    Attn: Bankruptcy Dept.,    201 N Tryon St,    Charlotte, NC 28202-2146
14041037     +Blmdsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
14041018     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041017      CITI,    Attn: Bankruptcy Dept.,    Po Box 6003,    Hagerstown, MD 21747
14041033     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14839639      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14934462     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
14041011     +Chase/CC,    Attn: Bankruptcy Dept.,    225 Chastain Meadows Ct,    Kennesaw, GA 30144-5897
14041004     +Countrywide Home Loans,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
14041021     +FIA CSNA,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
14987335     +GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14901260      Great Lakes Educational Loan Service,    Claims Filing Unit,    Po Box 8973,
              Madison, WI  53708-8973
14041024     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
14041044     +HSBC Card Services,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
14041013     +HSBC/Carsn,    Attn: Bankruptcy Dept.,    Po Box 15521,    Wilmington, DE 19850-5521
14041014     +Mcydsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
14913806     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Household Bank,
              POB 41067,    NORFOLK VA 23541-1067
14041020     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
14041009     +Shell/CITI,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15044978     +Talbots,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
14041036     +Talbots,    Attn: Bankruptcy Dept.,    175 Beal St,    Hingham, MA 02043-1512
14041012     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
14041025     +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14041006     +Wells Fargo,    Attn: Bankruptcy Dept.,    Po Box 29704,    Phoenix, AZ 85038-9704
14041003     +Wffinance,    Attn: Bankruptcy Dept.,    5764 W Touhy Ave Ste C2,    Niles, IL 60714-4606
14041038     +Wfnnb/NEW YORK & COMPA,    Attn: Bankruptcy Dept.,    220 W Schrock Rd,
              Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14774800      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2012 03:49:01
              AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,    PO Box 248866,    Oklahoma City, OK  73124-8866
14778944      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2012 04:21:20      DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14041030     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2012 04:21:20      Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
14955320      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2012 04:09:05
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14041010     +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2012 04:10:53      GEMB/JCP,    Attn: Bankruptcy Dept.,
              Po Box 984100,    El Paso, TX 79998-4100
14041015     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2012 02:16:06      Kohls/Chase,
              Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14813734     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 14 2012 02:14:34
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

                    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14041026*    +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14041035*    +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14041041*    +Bank Of America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
14041022*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041023*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041028*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041029*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041031*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041032*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14041039*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
```

```
District/off: 0752-1           User: rgreen              Page 2 of 3                  Date Rcvd: Jun 13, 2012
                               Form ID: pdf006           Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****
14041034*     +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
14041008*     +Countrywide Home Loans,    Attn: Bankruptcy Dept.,    450 American St,   Simi Valley, CA 93065-6285
14041040*     +Target NB,   Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
14041027     ##+Bank Of America,    Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                         TOTALS: 0, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2012**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: rgreen              Page 3 of 3              Date Rcvd: Jun 13, 2012
                               Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2012 at the address(es) listed below:

```
              Gus A Paloian    gpaloian@seyfarth.com,   gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net
              Josephine J Miceli    on behalf of Creditor   BAC Home Loans Servicing, LP fka Countrywide Home
               Loans Servicing, LP jmiceli@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan  Pinkston    on behalf of Trustee Gus Paloian rpinkston@seyfarth.com,
               chidocket@seyfarth.com;jwoods@seyfarth.com;lzwick@seyfarth.com
              Terri M Long    on behalf of Creditor   Wells Fargo Financial Illinois Inc. Courts@tmlong.com
              Wylie W Mok    on behalf of Debtor Nicholas Boodris ndil@geracilaw.com
                                                                                             TOTAL: 6
```