UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-21477-PSH
 §
NICHOLAS CHRIS BOODRIS §
ANASTASIA BOODRIS §
 §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $427,200.00 | Assets Exempt: | $46,701.00 |
| Total Distributions to Claimants: | $12,116.91 | Claims Discharged Without Payment: | $377,309.77 |
| Total Expenses of Administration: | $15,795.21 | | |

    3)    Total gross receipts of $27,912.12  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $27,912.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $478,630.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $15,795.21 | $15,795.21 | $15,795.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $293,596.00 | $205,501.68 | $205,501.68 | $12,116.91 |
| **Total Disbursements** | $772,226.00 | $221,296.89 | $221,296.89 | $27,912.12 |

4). This case was originally filed under chapter 7 on 06/12/2009. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2012                    By:  /s/ Gus A. Paloian
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| FIREARMS AND HOBBY EQUIPMENT | 1129-000 | $23,900.00 |
| PERSONAL PROPERTY | 1129-000 | $4,007.00 |
| Interest Asset | 1270-000 | $5.12 |
| **TOTAL GROSS RECEIPTS** | | **$27,912.12** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**



**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4210-000 | $10,727.00 | NA | $0.00 | $0.00 |
| | Countrywide Home Loans | 4110-000 | $399,567.00 | NA | $0.00 | $0.00 |
| | Countywide Home Loan | 4110-000 | $49,983.00 | NA | $0.00 | $0.00 |
| | Wells Fargo | 4210-000 | $18,353.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$478,630.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $3,541.21 | $3,541.21 | $3,541.21 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $20.28 | $20.28 | $20.28 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $18.65 | $18.65 | $18.65 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $27.75 | $27.75 | $27.75 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $6,015.00 | $6,015.00 | $6,015.00 |
| SEYFARTH SHAW LLP, Attorney for | 3120-000 | NA | $61.40 | $61.40 | $61.40 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| AUCTIONEER COMMISSION PAYABLE PER ORDER DATED 12/10/09, Auctioneer for Trustee | 3610-000 | NA | $3,585.00 | $3,585.00 | $3,585.00 |
| AUCTIONEER COMMISSION- PAYABLE PER ORDER 3/18/10, Auctioneer for Trustee | 3610-000 | NA | $1,001.75 | $1,001.75 | $1,001.75 |
| AUCTIONEER (CREDIT CARD SURCHARGE) EXPENSES-- PAYABLE PER ORDER 12/10/09, Auctioneer for Trustee | 3620-000 | NA | $244.17 | $244.17 | $244.17 |
| AUCTIONEER ADVERTISING EXPENSES- PAYABLE PER ORDER 12/10/09, Auctioneer for Trustee | 3620-000 | NA | $1,195.00 | $1,195.00 | $1,195.00 |
| AUCTIONEER EXPENSES- PAYABLE PER ORDER 3/18/10, Auctioneer for Trustee | 3620-000 | NA | $85.00 | $85.00 | $85.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $15,795.21 | $15,795.21 | $15,795.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | $834.00 | $1,033.75 | $1,033.75 | $60.96 |
| 2 | DISCOVER BANK | 7100-000 | $10,754.00 | $12,108.87 | $12,108.87 | $713.98 |
| 3 | PYOD LLC ITS SUCCESSORS | 7100-000 | NA | $6,572.81 | $6,572.81 | $387.55 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | AND ASSIGNS | | | | | |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | $3,636.00 | $4,477.12 | $4,477.12 | $263.98 |
| 5 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | $18,309.00 | $21,766.20 | $21,766.20 | $1,283.39 |
| 6 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | $2,335.00 | $1,566.39 | $1,566.39 | $92.36 |
| 7 | CHASE BANK USA, N.A. | 7100-000 | $3,656.00 | $4,115.26 | $4,115.26 | $242.65 |
| 8 | CHASE BANK USA, N.A. | 7100-000 | $6,737.00 | $7,646.69 | $7,646.69 | $450.87 |
| 9 | CHASE BANK USA, N.A. | 7100-000 | $10,224.00 | $11,457.16 | $11,457.16 | $675.54 |
| 10 | CHASE BANK USA, N.A. | 7100-000 | $7,371.00 | $7,956.45 | $7,956.45 | $469.13 |
| 11 | CHASE BANK USA, N.A. | 7100-000 | $13,423.00 | $14,817.38 | $14,817.38 | $873.67 |
| 12 | GREAT LAKES EDUCATIONAL LOAN SERVIC | 7100-000 | NA | $23,595.28 | $23,595.28 | $1,391.24 |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | $7,006.00 | $7,795.61 | $7,795.61 | $459.65 |
| 14 | CHASE BANK USA,N.A. | 7100-000 | $1,791.00 | $1,963.86 | $1,963.86 | $115.79 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | $24,110.43 | $24,110.43 | $1,421.61 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | $9,794.00 | $10,919.40 | $10,919.40 | $643.84 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | $20,559.22 | $20,559.22 | $1,212.22 |
| 18 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | $8,841.00 | $7,190.32 | $7,190.32 | $423.96 |
| 19 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | $4,960.00 | $5,263.76 | $5,263.76 | $310.36 |
| 20 | FIA CARD SERVICES, | 7100-000 | NA | $9,695.35 | $9,695.35 | $571.66 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | NA/BANK OF AMERI | | | | | |
| 21 | GE MONEY BANK DBA JCPENNEY CREDIT S | 7100-000 | NA | $402.07 | $402.07 | $23.71 |
| 22 | TALBOTS | 7100-000 | NA | $488.30 | $488.30 | $28.79 |
| | 5/3 Bank | 7100-000 | $22,967.00 | NA | NA | $0.00 |
| | AAA Financial Services | 7100-000 | $4,960.00 | NA | NA | $0.00 |
| | AT&T Universal | 7100-000 | $7,350.00 | NA | NA | $0.00 |
| | Bally Total Fitness | 7100-000 | $100.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $19,017.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $22,382.00 | NA | NA | $0.00 |
| | Blmdsnb | 7100-000 | $528.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $6,763.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $10,299.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $10,299.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $13,239.00 | NA | NA | $0.00 |
| | Chase/CC | 7100-000 | $789.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $15,583.00 | NA | NA | $0.00 |
| | FIA CSNA | 7100-000 | $6,559.00 | NA | NA | $0.00 |
| | GEMB/JCP | 7100-000 | $247.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $6,892.00 | NA | NA | $0.00 |
| | HSBC Carsons | 7100-000 | $1,654.00 | NA | NA | $0.00 |
| | Mcydsnb | 7100-000 | $1,713.00 | NA | NA | $0.00 |
| | Sears/CBSD | 7100-000 | $5,821.00 | NA | NA | $0.00 |
| | Shell/Citi | 7100-000 | $116.00 | NA | NA | $0.00 |
| | Talbot | 7100-000 | $341.00 | NA | NA | $0.00 |
| | Target NB | 7100-000 | $17,669.00 | NA | NA | $0.00 |
| | UNVL/Citi | 7100-000 | $7,531.00 | NA | NA | $0.00 |
| | Wffinance | 7100-000 | $286.00 | NA | NA | $0.00 |
| | Wfnnb/New York & Co. | 7100-000 | $820.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $293,596.00 | $205,501.68 | $205,501.68 | $12,116.91 |

Case 09-21477 Doc 52 Filed 10/12/12 Entered 10/12/12 13:47:47 Desc Main
Document Page 7 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Date Filed (f) or Converted (c): | 06/12/2009 (f) |
| For the Period Ending: | 9/28/2012 | §341(a) Meeting Date: | 07/31/2009 |
| | | Claims Bar Date: | 02/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | $405,000.00 | Unknown | OA | $0.00 | FA |
| **Asset Notes:** | 9131 Parkside Avenue Morton Grove, IL 60053 - (Debtors primary residence) | | | | | |
| | Order compeling Trustee to abandon property was entered 4/8/10 | | | | | |
| 2 | BANK ACCOUNTS | $5,400.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Money Market Account W/MB Financial Bank | | | | | |
| 3 | BANK ACCOUNTS | $46.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Checking account with MB Financial | | | | | |
| 4 | BANK ACCOUNTS | $180.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Savings account with MB Financial | | | | | |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Household goods; TV, VCR, stereo, camera, computer, recliner, dining set, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware, tools, work tolls, lawn mower | | | | | |
| 6 | BOOKS AND ART OBJECTS | $25.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Books, Compact Discs, Tapes/Records, Family Pictures | | | | | |
| 7 | WEARING APPAREL | $150.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Necessary wearing apparel. | | | | | |
| 8 | JEWELRY | $100.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Earrings, watch, costume jewelry | | | | | |
| 9 | FIREARMS AND HOBBY EQUIPMENT | $39,950.00 | Unknown | | $23,900.00 | FA |
| **Asset Notes:** | Gun collection - sold at auction by auctioneer retained by the Trustee | | | | | |
| 10 | PENSION PLANS AND PROFIT SHARING | $4,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Pension w/ Employer/Former Employer - 100% Exempt. | | | | | |
| 11 | AUTOMOBILES AND OTHER VEHICLES | $14,125.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Wells Fargo - 2007 Chevrolet Impala w/over 21,000 miles | | | | | |
| 12 | AUTOMOBILES AND OTHER VEHICLES | $11,875.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | 2006 GMC Envoy with over 16,000 miles | | | | | |
| 13 | ANIMALS | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Family Pets/Animals | | | | | |
| 14 | PERSONAL PROPERTY | $20,000.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** | Timeshare Property with Club Regency in Regency Towers --Trustee listed the timeshare with a realtor (pursuant to Court order dated 12/10/09); the timeshare was listed for 6 months and | | | | | |

Case 09-21477  Doc 52  Filed 10/12/12  Entered 10/12/12 13:47:47  Desc Main
Document      Page 8 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2                                    Exhibit 8

| Case No.: | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Date Filed (f) or Converted (c): | 06/12/2009 (f) |
| For the Period Ending: | 9/28/2012 | §341(a) Meeting Date: | 07/31/2009 |
| | | Claims Bar Date: | 02/23/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 15  PERSONAL PROPERTY | $10,000.00 | Unknown | | $4,007.00 | FA |
| **Asset Notes:**  Antique Slot Machine Collection, valued at $10,000; Trustee obtained authority per court order 3/18/10 to sell through an internet auctioneer | | | | | |
| 16  LAWSUIT | $11,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**  Lawsuit against Sebastion Quercia, case number 09 m2 000082.  Trustee contacted Attorney who represented Debtor and investigated likelihood of collection.  Trustee determined that likelihood of recovery, delay in possible recovery and costs to estate to pursue collection would outweigh the benefits.  Trustee seeks to abandon at closing. | | | | | |
| 9999  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $5.12 | Unknown |

Row above table body: "no potential buyer surfaced; Trustee will abandon at closing."

**TOTALS (Excluding unknown value)**                              **Gross Value of Remaining Assets**
                    $523,851.00                    $0.00                    $27,912.12                                    $0.00

**Major Activities affecting case closing:**
Trustee retained specialized auction house to sell certain assets of the Debtor.  All assets have been liquidated and case is ready for closing.

**Initial Projected Date Of Final Report (TFR):**  12/31/2010          **Current Projected Date Of Final Report (TFR):**  07/31/2012          /s/ GUS A. PALOIAN
                                                                                                                                    GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1        Exhibit 9

| **Case No.** | 09-21477-PSH | | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|---|
| **Case Name:** | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Primary Taxpayer ID #:** | ******5502 | | **Checking Acct #:** | ******5138 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Assoc. Bank Checking Account |
| **For Period Beginning:** | 6/12/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/28/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $21,753.17 | | $21,753.17 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $21,738.17 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $21,753.17 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $21,753.17 | $0.00 |
| | | | **TOTALS:** | | $21,753.17 | $21,753.17 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $21,753.17 | $21,753.17 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 6/12/2009 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $21,753.17 |

**For the entire history of the account between 01/18/2012 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $21,753.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | Money Market Acct #: | ******4390 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/09/2010 |  | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | | * | $2,920.25 | | $2,920.25 |
|  | {15} |  | SALE OF PERSONAL PROPERTY | $4,007.00 | 1129-000 | | | $2,920.25 |
|  |  |  | AUCTIONEER COMMISSION-PAYABLE PER ORDER 3/18/10 | $(1,001.75) | 3610-000 | | | $2,920.25 |
|  |  |  | AUCTIONEER EXPENSES-PAYABLE PER ORDER 3/18/10 | $(85.00) | 3620-000 | | | $2,920.25 |
| 07/19/2010 |  | KULL AUCTION & REAL ESTATE CO., INC | PERSONAL PROPERTY | | * | $18,875.83 | | $21,796.08 |
|  | {9} |  | GROSS SALE PROCEEDS FOR SALE OF PERSONAL PROPERTY | $23,900.00 | 1129-000 | | | $21,796.08 |
|  |  |  | AUCTIONEER COMMISSION PAYABLE PER ORDER DATED 12/10/09 | $(3,585.00) | 3610-000 | | | $21,796.08 |
|  |  |  | AUCTIONEER ADVERTISING EXPENSES-PAYABLE PER ORDER 12/10/09 | $(1,195.00) | 3620-000 | | | $21,796.08 |
|  |  |  | AUCTIONEER (CREDIT CARD SURCHARGE) EXPENSES--PAYABLE PER ORDER 12/10/09 | $(244.17) | 3620-000 | | | $21,796.08 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.19 | | $21,796.27 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.56 | | $21,796.83 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.54 | | $21,797.37 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.55 | | $21,797.92 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.54 | | $21,798.46 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.56 | | $21,799.02 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 1270-000 | $0.56 | | $21,799.58 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | | 2300-000 | | $20.28 | $21,779.30 |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1270-000 | $0.17 | | $21,779.47 |
| | | | **SUBTOTALS** | | | $21,799.75 | $20.28 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit 9

| Case No. | 09-21477-PSH | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | | Money Market Acct #: | ******4390 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 6/12/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,779.65 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.17 | | $21,779.82 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.19 | | $21,780.01 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.19 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.37 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.19 | | $21,780.56 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.74 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.18 | | $21,780.92 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $27.75 | $21,753.17 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.17 | | $21,753.34 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $21,753.17 | $0.17 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.17) | | $0.00 |

| | | | | **SUBTOTALS** | $1.45 | $21,780.92 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******5502 | Money Market Acct #: | ******4390 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account (Interest Earn |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $21,801.20 | $21,801.20 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $21,753.17 | |
| | | | **Subtotal** | | $21,801.20 | $48.03 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $21,801.20 | $48.03 | |

| For the period of 6/12/2009 to 9/28/2012 | | For the entire history of the account between 07/09/2010 to 9/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,912.12 | Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 | Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,158.95 | Total Compensable Disbursements: | $6,158.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,158.95 | Total Comp/Non Comp Disbursements: | $6,158.95 |
| Total Internal/Transfer Disbursements: | $21,753.17 | Total Internal/Transfer Disbursements: | $21,753.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******5502 | Checking Acct #: | ******0050 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $21,753.17 | | $21,753.17 |
| 03/30/2012 | 5001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT | 2300-000 | | $18.65 | $21,734.52 |
| 07/30/2012 | 5002 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $3,541.21 | $18,193.31 |
| 07/30/2012 | 5003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $6,015.00 | $12,178.31 |
| 07/30/2012 | 5004 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $61.40 | $12,116.91 |
| 07/30/2012 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR | Claim #: 1; Distribution Dividend: 5.90; | 7100-000 | | $60.96 | $12,055.95 |
| 07/30/2012 | 5006 | DISCOVER BANK | Claim #: 2; Distribution Dividend: 5.90; | 7100-000 | | $713.98 | $11,341.97 |
| 07/30/2012 | 5007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 3; Distribution Dividend: 5.90; | 7100-000 | | $387.55 | $10,954.42 |
| 07/30/2012 | 5008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 4; Distribution Dividend: 5.90; | 7100-000 | | $263.98 | $10,690.44 |
| 07/30/2012 | 5009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | Claim #: 5; Distribution Dividend: 5.90; | 7100-000 | | $1,283.39 | $9,407.05 |
| 07/30/2012 | 5010 | AMERICAN EXPRESS CENTURION BANK | Claim #: 6; Distribution Dividend: 5.90; | 7100-000 | | $92.36 | $9,314.69 |
| 07/30/2012 | 5011 | CHASE BANK USA, N.A. | Claim #: 7; Distribution Dividend: 5.90; | 7100-000 | | $242.65 | $9,072.04 |
| 07/30/2012 | 5012 | CHASE BANK USA, N.A. | Claim #: 8; Distribution Dividend: 5.90; | 7100-000 | | $450.87 | $8,621.17 |
| 07/30/2012 | 5013 | CHASE BANK USA, N.A. | Claim #: 9; Distribution Dividend: 5.90; | 7100-000 | | $675.54 | $7,945.63 |
| 07/30/2012 | 5014 | CHASE BANK USA, N.A. | Claim #: 10; Distribution Dividend: 5.90; | 7100-000 | | $469.13 | $7,476.50 |
| 07/30/2012 | 5015 | CHASE BANK USA, N.A. | Claim #: 11; Distribution Dividend: 5.90; | 7100-000 | | $873.67 | $6,602.83 |
| 07/30/2012 | 5016 | GREAT LAKES EDUCATIONAL LOAN SERVIC | Claim #: 12; Distribution Dividend: 5.90; | 7100-000 | | $1,391.24 | $5,211.59 |
| 07/30/2012 | 5017 | PRA RECEIVABLES MANAGEMENT, LLC | Claim #: 13; Distribution Dividend: 5.90; | 7100-000 | | $459.65 | $4,751.94 |
| 07/30/2012 | 5018 | CHASE BANK USA,N.A. | Claim #: 14; Distribution Dividend: 5.90; | 7100-000 | | $115.79 | $4,636.15 |
| 07/30/2012 | 5019 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 15; Distribution Dividend: 5.90; | 7100-000 | | $1,421.61 | $3,214.54 |

| | | | | **SUBTOTALS** | $21,753.17 | $18,538.63 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******5502 | Checking Acct #: | ******0050 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2012 | 5020 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 16; Distribution Dividend: 5.90; | 7100-000 | | $643.84 | $2,570.70 |
| 07/30/2012 | 5021 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 17; Distribution Dividend: 5.90; | 7100-000 | | $1,212.22 | $1,358.48 |
| 07/30/2012 | 5022 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 18; Distribution Dividend: 5.90; | 7100-000 | | $423.96 | $934.52 |
| 07/30/2012 | 5023 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 19; Distribution Dividend: 5.90; | 7100-000 | | $310.36 | $624.16 |
| 07/30/2012 | 5024 | FIA CARD SERVICES, NA/BANK OF AMERI | Claim #: 20; Distribution Dividend: 5.90; | 7100-000 | | $571.66 | $52.50 |
| 07/30/2012 | 5025 | GE MONEY BANK DBA JCPENNEY CREDIT S | Claim #: 21; Distribution Dividend: 5.90; | 7100-000 | | $23.71 | $28.79 |
| 07/30/2012 | 5026 | TALBOTS | Claim #: 22; Distribution Dividend: 5.90; | 7100-000 | | $28.79 | $0.00 |
| 08/17/2012 | | East West Bank | Bank Service Fee (reversed 8/20/12-posted 9/12) | 2600-000 | | $69.23 | ($69.23) |
| 08/31/2012 | | East West Bank | Reversal of bank fees | 2600-002 | | ($69.23) | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $3,214.54 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******5502 | Checking Acct #: | ******0050 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/12/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $21,753.17 | $21,753.17 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $21,753.17 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $21,753.17 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $21,753.17 | |

| For the period of 6/12/2009 to 9/28/2012 | | For the entire history of the account between 02/22/2012 to 9/28/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $21,753.17 | Total Internal/Transfer Receipts: | $21,753.17 |
| | | | |
| Total Compensable Disbursements: | $21,753.17 | Total Compensable Disbursements: | $21,753.17 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $21,753.17 | Total Comp/Non Comp Disbursements: | $21,753.17 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-21477-PSH | | Trustee Name: | Gus A. Paloian |
| Case Name: | BOODRIS, NICHOLAS CHRIS AND BOODRIS, ANASTASIA | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******5502 | | Checking Acct #: | ******0050 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/12/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $21,801.20 | $21,801.20 | $0.00 |

**For the period of 6/12/2009 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $43,506.34 |
| | |
| Total Compensable Disbursements: | $27,912.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,912.12 |
| Total Internal/Transfer Disbursements: | $43,506.34 |

**For the entire history of the case between 06/12/2009 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $27,912.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,912.12 |
| Total Internal/Transfer Receipts: | $43,506.34 |
| | |
| Total Compensable Disbursements: | $27,912.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,912.12 |
| Total Internal/Transfer Disbursements: | $43,506.34 |